UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-20003

JOEL MARTINEZ, an individual,

    Plaintiff,
vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

# COMPLAINT

The Plaintiff, JOEL MARTINEZ, by and through his undersigned attorney, sues the Defendant, UNITED STATES OF AMERICA, and alleges as follows:

1. This is an action for damages that exceeds the sum of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of costs, interest, and attorneys' fees.

2. This case is under the Federal Torts Claims Act, 28 U.S.C. §2671-§2680, §1346(b), §2401(b) and §1402(b).

3. This Court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1) in that it involves claims for personal injuries caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. All conditions precedent and prerequisites to filing suit have been met pursuant to 28 U.S.C. §2675. Copies of the Plaintiff's respective Claim for Damage, Injury, or Death (Form SF 95) are attached as Exhibit "A" to this Complaint. Copies of the United States acknowledgment of receipt of letter addressed to each plaintiff are attached as Exhibit "B" to this complaint.

5. At all times material hereto, Plaintiff was and is a resident of Miami-Dade County, Florida.

6. On or about April 3, 2025, Defendant, UNITED STATES OF AMERICA, owned a United States Postal Service ("USPS") motor vehicle that was operated with consent by its employee, Alicia Yvette Jones, leaving a parking lot located at 13615 Biscayne Boulevard in North Miami Beach, Miami-Dade County, Florida.

7. At that time and place, Plaintiff was operating a scooter traveling southbound on a sidewalk running adjacent to the parking lot located at 13615 Biscayne Boulevard in North Miami Beach, Miami-Dade County, Florida.

8. At that time and place, Alicia Yvette Jones ran the stop sign while leaving the parking lot and collided into Plaintiff, causing Plaintiff significant injuries.

9. At all times material hereto, Defendant's employee owed a duty to Plaintiff to use reasonable care in the operation and/or maintenance of the motor vehicle.

10. At all times material hereto, Defendant's employee breached that duty when Defendant's employee negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff.

11. As a direct and proximate result of Defendant's employee, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, aggravation of a preexisting condition and/or activation of a latent condition, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and other legal damages that are yet to be determined. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

**WHEREFORE**, Plaintiff sues the Defendant for damages and demands judgment in excess of Seventy-Five Thousand Dollars ($75,000), plus interest and costs, and demands trial by jury of all issues so triable.

**Dated January 1, 2026**.

> */s/ Julio D. Torres*
> **Julio Daniel Torres, Esq.**
> Florida Bar No. 1040446
> Morgan & Morgan, P.A.
> 703 Waterford Way, Suite 1000
> Miami, FL 33126
> T (786) 804-4568
> F (786) 598-5574
> Primary email: julio.torres@forthepeople.com
> michelle.erazo@forthepeople.com
> ezequil.fiol@forthepeople.com
> *Attorney for Plaintiff,*

# EXHIBIT A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**
United States Postal Office
Tort Claim Coordinator
P.O. Box 3a131
Tampa, FL 33680

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.
Joel Martinez

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 07/25/1988 | Single | 04/03/2025 | 01:52 PM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

My client was riding an electric scooter when the USPS driver Ms. Jones ran ahead and cross into the client path. Ms. Jones ignored the stop sign and while my client was riding on the sidewalk, Ms. Jones hit the front bumper on the electric scooter

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Joel Martinez

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
Panthom electric standing AMO scooter- Black

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a direct result of the crash Mr Martinez suffered injuries to his neck, left leg, back, left side of his body and left arm. He was transported by ambulance to HCA Aventura hospital and currently receiving treatment

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| None known at this time | N/A |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 500 | $6,000.000.00 | N/A | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Joel Martinez | 786 761 6601 | 04/07/25 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes  ☒ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

**MORGAN & MORGAN**
AMERICA'S LARGEST INJURY LAW FIRM

703 Waterford Way, Suite 1050
Miami, FL 33126

CERTIFIED MAIL

9589 0710 5270 1815 0099 88

United States Postal Service
11902 N. Florida Ave
Tampa, FL 33612-5222

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
11902 N. Florida Ave
Tampa, FL 33612-5222

9590 9402 9015 4122 8585 28

2. Article Number (Transfer from service label)

9589 0710 5270 1815 0099 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

MORGAN & MORGAN
FORTHEPEOPLE.COM
703 Waterford Way, Suite 1050 • Miami, FL 33126

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT B

LAW DEPARTMENT
NATIONAL TORT CENTER


UNITED STATES
POSTAL SERVICE

August 1, 2025

Mr. Joel Martinez
415 Northwest 118 Street
Miami, FL 33168

Re:  Claimant:         **Your Claim**
     Date of Incident: April 3, 2025
     NTC File No.:     NT202539238

Dear Mr. Martinez:

*Please be advised that the above-referenced matter which was presented on behalf of yourself with the United States Postal Service on April 21, 2025 has been assigned to the National Tort Center.*

Please be advised that pursuant to the Federal Tort Claims Act (28 U.S.C. §1346), the Postal Service has six (6) months after receipt of a valid claim in which to complete its adjudication. Federal law mandates that "an action shall not be instituted" unless the plaintiff has filed an administrative claim and either obtained a written denial or waited six months. 28 U.S.C. §2675(a). Accordingly, once a valid claim is received by the Postal Service, the time to file litigation does not begin until such time as a written denial is issued by the Postal Service or alternatively, a claimant may file, but is not required to file litigation, no sooner than six months from the date of presentation. State statutes of limitations do not apply to FTCA matters.

As set forth in the instruction section of the SF-95, a claimant is required to provide documentation to support his/her claim. Based upon an initial review of your submission, please provide the following at your earliest opportunity:

- ☐ Nothing additional needed currently
- ☒ Property damage supports
- ☒ Proof of ownership
- ☐ Salvage statement
- ☒ Declaration page from auto insurance policy
- ☒ Medical records
- ☒ Itemized medical bills
- ☒ No fault/PIP payment log
- ☒ Lien documentation
- ☒ Ambulance report

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL: 314/345-5820
FAX: 314/345-5893

-2-

- ☐ Wage loss supports
- ☐ Police report
- ☒ Original signature on SF95
- ☐ Birth certificate/proof of guardianship/proof of conservatorship
- ☒ Documentation signed by Claimant authorizing representation on this matter
- ☐ Other: _____

Any additional information and/or documentation supporting this matter should be provided to me directly, preferably via email in PDF format for most efficient transmittal and handling. My email address is set forth below. **Please note that the Department of Justice regulations and the Postal Service regulations regarding the presentment of tort claims (SF95 or equivalent) do not provide for the presentment of electronic tort claims or electronic amended tort claims. Accordingly, the email address below may only be used for submission of supporting documentation and/or communication regarding tort claims, and *never* for submission of tort claims or amended tort claims which must be presented as set forth in the regulations. See 28 CFR Part 14; 39 CFR Part 912.** Also please note that the Postal Service does not allow us to access drop boxes or other such electronic formats to obtain documentation; accordingly, to provide documentation in electronic format, you must email it directly to me in PDF format. Alternatively, if necessary, you may provide supporting documentation via mail to my attention to the National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948. However, mailing the documentation may cause delays in the adjudication of this matter due to additional processing time necessitated by paper documents. In sum, a tort claim must be submitted in accordance with the requirements set forth in 39 C.F.R. Part 912.4 whereas supporting documentation *should* be transmitted via email when possible.

Please note:  The United States Postal Service is not insured with any automobile insurance carrier, does not carry uninsured or underinsured motorist coverage and is not a self-insured entity. To the extent that the United States Postal Service is found liable for damages under the provisions of the Federal Tort Claims Act ("FTCA"), payment of any judgment is made from its general fund.

Be assured that the Postal Service works diligently to adjudicate all claims within the six-month period; however, it is possible that it might take a bit longer for us to be able to complete a thorough evaluation and consideration of your submission. You may contact the National Tort Center at any time to obtain a status.

- 3 -

Furthermore, if you have not heard from the National Tort Center prior to the expiration of the six-month adjudication period, please do contact me for a status update prior to filing litigation.

Sincerely,

*Jane Ramsay*

Jane Ramsay
Tort Claim Examiner/Adjudicator
Tel:   214/252-6128
E-mail: jane.ramsay@usps.gov

cc:   Bryan O' Donald
      Tort Claims/Collections Specialist
      File No. 330-25-00664172A